UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN KRACHT,

    Plaintiff,

- against -

JO-ANN STORES, LLC,

    Defendant.

16-cv 2043 (CS)

**NOTICE OF APPEARANCE**

*PLEASE TAKE NOTICE* that the firm of LeClairRyan hereby appears on behalf of Defendant Jo-Ann Stores, LLC in this matter.

Dated:    April 13, 2016
           New York, New York

Respectfully submitted,

**LECLAIRRYAN**
885 Third Avenue, 16th Floor
New York, New York 10022
Email: John.Mancebo@leclairryan.com
Telephone: 212.634.5024
Facsimile: 212.986.3509
Attorneys for Defendant

By: _____
    John Mancebo, Esq.

TO:    Gregory Antollino, Esq.
        Attorneys for Plaintiff
        Justin Kracht
        275 Seventh Avenue, Suite 705
        New York, New York 10001