

April 13, 2016

**VIA CM/ECF**
The Honorable Cathy Seibel
Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Matter:    **Justin Kracht v. Jo-Ann Stores, LLC**
                             Index No. 16-cv 2043 (CS)

Dear Judge Seibel:

      This firm represents Defendant Jo-Ann Stores, LLC, in the above matter. Kindly accept this as Defendant's letter-motion seeking an extension of the deadline for Defendant to answer or otherwise respond to the Complaint. Pursuant to Section I (E) of Your Honor's individual practices: (1) the complaint was initially served on Jo-Ann Stores, LLC on or about March 21, 2016, making the deadline to respond to the complaint April 12, 2016; (2) there have been no previous requests for extensions or adjournments; (3) we seek this extension to fully review the background of this matter; and (4) Plaintiff's counsel has consented to this request to extend the deadline to May 2, 2016. Attached hereto as Exhibit A is a proposed consent order.

      Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              LECLAIRRYAN

                                              John E. Mancebo

E-mail: John.Mancebo@leclairryan.com
Direct Phone: (212) 634-5024
Direct Fax: (212) 634-5054

885 Third Avenue, Sixteenth Floor
New York, New York 10022
Phone: 212.697.6555 \ Fax: 212.986.3509

CALIFORNIA \ COLORADO \ CONNECTICUT \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM