UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN KRACHT,

      Plaintiff,

- against -

JO-ANN STORES, LLC,

      Defendant.

16-cv 2043 (CS)

**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIUPLATED AND AGREED,** by and between Gregorio Antollino, Esq., attorneys for Plaintiff and by LeClairRyan, attorneys for Defendant, that the time period for which Defendant is to respond to the Plaintiff's Complaint is hereby extended twenty (20) days from April 12, 2016 to May 2, 2016.

**SO ORDERED:**

_____
Honorable Cathy Seibel
United States Magistrate Judge

The undersigned consent to the
form and substance of this Order:

17938664

**LeClairRyan**
Attorneys for Defendant,
Jo-Ann Stores, LLC

By: _____
       John Mancebo

**Gregory Antollino, Esq.**
Attorneys for Plaintiff
Justin Kracht


By:_____/s/_____
       Gregory Antollino